Robert Sibilia, Esq.
Oceanside Law Center APC
P.O. Box 861
Oceanside, CA 92049
T: (760) 666-1151
F: (818) 698-0300

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ABDULHADI, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>FRANCHISE WORLD HEADQUARTERS, LLC<br><br>Defendant | Case No.: 2:23-cv-7202<br><br>**The Hon. R. Gary Klausner**<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br><br>Complaint Filed: 08/01/2023 |

Plaintiff Ali Abdulhadi ("Plaintiff") and Defendant Franchise World Headquarters, LLC ("Defendant"), have resolved their differences, by and through their respective counsels of record, that the above-captioned action, including the parties and claims alleged therein have resolved their differences and Plaintiff hereby agrees to voluntary dismissal with prejudice of Plaintiff's claims against the Defendant, Franchise World Headquarters, LLC in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii). Plaintiff agrees to dismiss the class without Prejudice.

| | | |
|---|---|---|
| 1 | DATED:  October 23, 2023 | OCEANSIDE LAW CENTER |
| 2 | | By:  */s/Robert Sibilia* |
| 3 | |      Robert Sibilia |
| 4 | |      Attorneys for Plaintiff<br>     Ali Abdulhadi |